# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

_____

JEFFREY B. MEEHAN, individually, and as a B Member of HG 51
Columbia Developers, LLC, and HG 51 COLUMBIA DEVELOPERS, LLC,
a Florida limited liability company,

Appellants,

v.

CAROL S. FUNK, individually, and as personal representative of the
Estate of Charles B. Funk, deceased; as trustee of the Charles B. Funk
Credit Shelter Trust UAD dated June 25, 2008; as trustee of the Carol
Schwartz Funk GS Trust UTA dated May 2, 2022; and derivatively on
behalf of HG 51 Columbia Developers, LLC; BRIAN B. FUNK,
individually, and derivatively on behalf of HG 51 Columbia Developers,
LLC; WILLIAM H. CAUTHEN, as trustee of the Funk Investment Trust
UTA dated December 30, 2010; PATRICIA MEEHAN; and RICHARD M.
LOCOCO,

Appellees.

No. 2D23-1302
_____

March 1, 2024

Appeal pursuant to Fla. R. App. P. 9.130 from the Circuit Court for
Hillsborough County; Darren D. Farfante, Judge.

Jack J. Aiello and Bryan M. Seymour of Gunster, Yoakley & Stewart,
P.A., West Palm Beach, and William J. Schifino, Jr. and Daniel P.
Dietrich of Gunster, Yoakley & Stewart, P.A., Tampa, for Appellants.

Ceci Culpepper Berman of Brannock Berman & Seider, Tampa, and
Patrick M. Chidnese and Frieda C. Lindroth of Bickford &
Chidnese, LLP, Tampa, for Appellees Carol S. Funk, individually, and as
personal representative of the Estate of Charles B. Funk, deceased; as

trustee of the Charles B. Funk Credit Shelter Trust UAD dated June 25, 2008; as trustee of the Carol Schwartz Funk GS Trust UTA dated May 2, 2022; and derivatively on behalf of HG 51 Columbia Developers, LLC; Brian B. Funk, individually, and derivatively on behalf of HG 51 Columbia Developers, LLC; and William H. Cauthen, as trustee of the Funk Investment Trust UTA dated December 30, 2010.

Chance Lyman and John D. Emmanuel of Buchanan Ingersoll & Rooney PC, Tampa, for Appellee William H. Cauthen, as trustee of the Funk Investment Trust UTA dated December 30, 2010.

No appearance for remaining Appellees.

PER CURIAM.

Affirmed.

SLEET, C.J., and KELLY and VILLANTI, JJ., Concur.

_____

Opinion subject to revision prior to official publication.